Reversed and Remanded, and Majority and Dissenting Memorandum Opinions
filed February 24, 2011.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-09-00996-CR

___________________

 

PETER HENERY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee



 



 

On
Appeal from the County Criminal Court at Law No. 4

Harris County,
Texas



Trial Court Cause No. 1634586

 



 

 

DISSENTING MEMORANDUM OPINION

            The written order granting appellant’s motion to quash
contradicts the trial court’s oral denial.  This circumstance establishes at
least a plausible basis for contending that the written order resulted from a clerical
error.  We have authority to abate this appeal and remand for the trial court
to conduct a nunc pro tunc hearing and determine whether the written order was
signed as the result of a clerical error.  See Rodriguez v. State, 42
S.W.3d 181, 186-87 (Tex. App.—Corpus Christi 2001, no pet.); Smith v. State,
801 S.W.2d 629, 633 (Tex. App.—Dallas 1991, no pet.).  We should follow this
procedure here regardless of whether the State asks us to do so.  Accordingly,
I respectfully dissent from this court’s judgment reversing the trial court’s
judgment and remanding with instructions to dismiss the cause.

 

                                                                                    

                                                                        /s/        William
J. Boyce

                                                                                    Justice

 

 

 

Panel consists of Justices
Seymore, Boyce, and Christopher.  (Seymore, J., majority).

Do
Not Publish — Tex. R. App. P. 47.2(b).